IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Bench Walk Lighting LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA: 20-49 UNA |
| | ) | |
| **Everlight Electronics CO., LTD.,** | | |
| Defendant, | | |

## AFFIDAVIT

      I, Mei Yu Ruan, Deputy Clerk, being first sworn, depose and say that pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on January 17, 2020, by Registered Mail, the Summons, Complaint with Exhibits, Civil Cover sheet, Plaintiff's Report to the Commissioner of Patents and Trademarks, Disclosure Statement pursuant to Rule 7.1, and Notice/Consent of Availability of a United States Magistrate Judge to Exercise Jurisdiction forms in the above referenced case to the following addresses:

    1)    Chairman, President, Officer, Managing Agent, and/or
            General Agent
            Everlight Electronics CO., LTD.
            No. 6-8, Zhonghua Rd.,Shulin Dist.,
            New Taipei City 23860, Taiwan

                                                              _____
                                                               Mei Yu Ruan
                                                               Deputy Clerk

Sworn to and subscribed before
me this 17th day of January, 2020

_____
Alex Kurfuerst
Deputy Clerk

## Registered Mail Receipt

**Registered No.** RE 339 052 418 US / RH002012443US

**Postage $**

**Extra Services & Fees**
- ☐ Registered Mail $
- ☐ Return Receipt (hardcopy) $4.50
- ☐ Return Receipt (electronic) $
- ☐ Restricted Delivery $
- ☐ Signature Confirmation $
- ☐ Signature Confirmation Restricted Delivery $

**Total Postage & Fees $**

**Customer Must Declare Full Value $**

**Received by**

Date Stamp: RODNEY SQUARE STA, WILMINGTON, DE 19801, JAN 17 2020

OFFICIAL USE

**FROM:**
U.S. District Court
District of Delaware
844 N. King St.
Wilmington DE 19801

**TO:**
Everlight Electronics Co. Ltd.
No. 6-8 Zhonghua Rd.
Shulin Dist. New Taipei City
23860 Taiwan

PS Form 3806, Registered Mail Receipt, April 2015, PSN 7530-02-000-9051
Copy 1 - Customer (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

---

## USPS Customs Declaration and Dispatch Note

**UNITED STATES POSTAL SERVICE**


RH002012443US

- Print in English using blue or black ink.
- Complete all SHADED fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SENDER'S INFORMATION**
- Full Last Name / Full First Name / MI
- Business Name (if applicable) / Sender's Telephone
- Address-1
- Address-2
- City / State / ZIP Code

**ADDRESSEE'S INFORMATION**
- Full Last Name / Full First Name / MI
- Business Name (if applicable) / Addressee's Telephone
- Address-1
- Address-2 / Postal Code
- City / State/Province / Country

**SHIPMENT INFORMATION**
1. Category of Items (Check all that apply)
   ☐ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods
   ☐ Gift ☐ Returned Goods ☐ Humanitarian Donation ☐ Other
2. Detailed Description of Contents (Enter only one item per line)
3. Quantity
4. Net Weight (Ea) Lbs. / Oz.
5. Value (Ea) U.S. $
6. Total

**SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY**
- USPS Official Use / USPS Corporate Account / EMS Scheduled Delivery Date
- Total Postage/Fees (U.S. $) / Insured Value (U.S. $) / Insured Fee (U.S. $)
7. Sender's Email Address
8. Addressee's Email Address
9. Exporter's Reference (If applicable and known)
10. Exporter's Telephone (If applicable and known)
11. Importer's Reference (If applicable and known)
12. Importer's Telephone (If applicable and known)
13. AES ITN (If applicable)
14. AES Exemption — NOEEI § (Check one if applicable) ☐ § 30.36  ☐ § 30.37(a)  ☐ § 30.37(h)  ☐ § 30.37(y)  ☐ Other
15. License Number (If applicable)
16. Certificate Number (If applicable)
17. Invoice Number (If applicable)
18. Length (Inches)
19. Width (Inches)
20. Height (Inches)
21. Restrictions (If applicable — check all that apply) ☐ Quarantine ☐ Sanitary/Phytosanitary Inspection
22. Nondelivery Instructions (Check one) ☐ Return to Sender ☐ Treat as Abandoned
23. Sender's Signature and Date — Sandra Watson 1/17/2020
24. HS Tariff Number
25. Country of Origin

Date Stamp: RODNEY SQUARE, WILMINGTON, JAN 17 2020, 19801 USPS

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2 (if the information is known)

PS Form 2976-R, April 2016  PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

4 – Sender's Copy

<table>
<tr><td>John A. Cerino<br>CLERK</td><td>OFFICE OF THE CLERK<br>UNITED STATES DISTRICT<br>COURT<br>DISTRICT OF DELAWARE</td><td>Unit 18<br>844 North King Street<br>U.S. Courthouse<br>Wilmington, DE 19801<br>(302)573-6170<br>www.ded.uscourts.gov</td></tr>
</table>

January 17, 2020

TO:

Chairman, President, Officer, Managing Agent, and/or General Agent
Everlight Electronics CO., LTD.
No. 6-8, Zhonghua Rd.,Shulin Dist., New
Taipei City 23860, Taiwan

RE:   *Bench Walk Lighting LLC v. Everlight Electronics CO., LTD.*
Civil Action No. 20-cv49-UNA

Enclosed please find copies of the Complaint (with exhibits), Civil Cover sheet, Notice of a Magistrate Judge's Availability form, Summons, and counsel's Affidavit and request to the Clerk of Court for assistance with this mailing, Report on the Filing of an Action Regarding a Patent or Trademark, and Fed. R. Civ. P. 7.1 Corporate Disclosure Statement.

This service is made by U.S. Registered Mail, return receipt requested, pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) and 4(h)(2). Pursuant to Federal Rules of Civil Procedure 12(a)(ii) you have ninety (90) days in which to file an answer to the complaint, filed with this Court and served upon the plaintiff's attorney as noted on the complaint and summons.          Sincerely,

BY: _____   JOHN A. CERINO
/myr                             CLERK

Enclosures (as stated)